IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HOWARD FOSTER, individually and on behalf of all others similarly situated, | No. 15-cv-3325 |
| Plaintiff, | Judge Andrea R. Wood |
| v. | Mag. Judge Michael T. Mason |
| AARON JON SCHOCK and JOHN DOES 1-100, | |
| Defendants. | |

**DEFENDANT AARON JON SCHOCK'S MOTION TO STAY DISCOVERY**

Defendant Aaron Jon Schock, by and through his attorneys, and pursuant to Rule 26(c) and (d) of the Federal Rules of Civil Procedure, respectfully moves this Court to stay all discovery in this action until after this Court rules on Defendant's motion to dismiss for failure to state a claim, as set forth in the accompanying memorandum.

In accordance with Local Rule 37.2, counsel for Defendant, Andrew R. Woltman conferred telephonically with counsel for Plaintiff, Daniel J. Kurowski on July 20, 2015 in attempt to determine whether the parties could reach an agreement regarding this this motion. Plaintiff, however, does not agree to the relief requested in this motion.

WHEREFORE, Defendant respectfully requests that this Court enter an order staying all discovery until after this Court rules on Defendant's motion to dismiss for failure to state a claim and that the Court enter such further relief as is just and proper.

Dated: July 21, 2015					Respectfully Submitted,

						**AARON JON SCHOCK**

						By: /s/  Andrew R. Woltman


						Howard C. Vick, Jr.
						Brian D. Schmalzbach
						MCGUIREWOODS LLP
						One James Center
						901 E. Cary Street
						Richmond, VA 23219
						(804) 775-4340
						(804) 698-2247 (fax)
						tvick@mcguirewoods.com
						bschmalzbach@mcguirewoods.com

						*Admitted pro hac vice*

						Andrew R. Woltman
						MCGUIREWOODS LLP
						77 W. Wacker Drive, Suite 4100
						Chicago, IL 60601
						(312) 750-2272
						(312) 698-5560 (fax)
						awoltman@mcguirewoods.com

## **CERTIFICATE OF SERVICE**

I, Andrew R. Woltman, an attorney, hereby certify that on July 21, 2015, I electronically filed the foregoing Motion with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

Elizabeth A. Fegan
Daniel J. Kurowski
HAGENS BERMAN SOBOL
SHAPIRO LLP
455 N. Cityfront Plaza Drive, Suite 2410
Chicago, IL 60611
(708) 628-4949
(708) 628- 4950 (fax)

Steve W. Berman
HAGENS BERMAN SOBOL
SHAPIRO LLP
1918 8th Ave., Suite 3300
Seattle, WA 98101
(206) 623-7292
(206) 623-0594 (fax)

*Attorneys for Plaintiff Howard Foster*

/s/ Andrew R. Woltman

69226842_1